# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| The Boeing Co. v. UAW, et al. | N.D. Illinois | 1:09-cv-02213 |
| | District Judge | Court Reporter |
| | Robert W. Gettleman | Jennifer Costales |

[✓] I am ordering transcript.
[ ] I am not ordering transcript, because:
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

[ ] Pretrial proceedings. *Specify*: _____

[ ] Voir Dire

Trial or Hearing. *Specify*: _____

[ ] Opening statement

[ ] Instruction conference

[ ] Closing statements

[ ] Court instructions

8/27/09 Oral Argument

5/15/09 Status Hearing

[ ] Post-trial proceedings. *Specify*: _____

4/29/09 Motion Hearing

[ ] Sentencing

(D.E. 48, 23, 18)

[✓] Other proceedings. *Specify*: _____

Method of Payment: [ ] Cash   [ ] Check or Money Order   [ ] C.J.A. Voucher
Status of Payment: [ ] Full Payment   [ ] Partial Payment   [✓] No Payment Yet

Signature: /s/ Joshua P. Chadwick
Address: Joshua P. Chadwick; Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W., Washington, D.C. 20036

Telephone No. (202) 955-8500
Date: 10/28/09

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____   Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

*Original* to Court Reporter. Copies to: U.S.C.A. Clerk   Service Copy   District Court Clerk and to   Party / Counsel Ordering Transcript.

## CERTIFICATE OF SERVICE

Joshua Chadwick, one of the attorneys for Plaintiff, The Boeing Company, states that on October 28, 2009, he served a true and correct copy of the foregoing Seventh Circuit Transcript Information Sheet upon the counsel for Defendants-Appellees listed below via First-Class U.S. Mail.

Jeffrey David Sodko, Esq.
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
(313) 926-5216

Michael B. Nicholson, Esq.
Law Office of Michael Nicholson
P.O. Box 305
Buchanan, MI 49107
(269) 409-8031

Stanley Eisenstein, Esq.
Katz Friedman Eagle Eisenstein & Johnson
77 West Washington Street
20th Floor
Chicago, IL 60602
(312) 263-6330

_____
Joshua Chadwick